**Order entered February 16, 2023**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00889-CR

### ALONZO GAUT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F20-39098-P**

## ORDER

Court Reporter Crystal R. Brown's request for an extension of time to file the reporter's record is **GRANTED**, and we **ORDER** the reporter's record due **MARCH 17, 2023**.


/s/    NANCY KENNEDY
       JUSTICE